UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALLAIN LAND CO., LLC, ET AL.** | * | **CIVIL NO. 07-0120** |
| **VERSUS** | * | **JUDGE HAIK** |
| **GULF SOUTH PIPELINE, CO., LP.** | * | **MAGISTRATE JUDGE HILL** |

## RULING

Pending before the court is the plaintiffs' Motion to Compel filed on December 21, 2007. [rec. doc. 19]. By this Motion, the plaintiffs seek an order of this court directing the defendant, Gulf South Pipeline, Co., LP ("Gulf South"), to respond to plaintiffs' Interrogatories and Requests for Production of Documents propounded on August 7, 2007.

The motion has been set on the undersigned's January 16, 2008 motion calendar with oral argument, in accord with the Court's routine procedures for handling motions. [rec. doc. 20]. At this time, however, a review of the record reveals that no opposition to the Motion has been filed and the delay allowed for the filing of an opposition has expired.[1] Based on these circumstances, the **oral argument** scheduled on January 16, 2008 is **CANCELED,** and the pending Motion to Compel [rec. doc. 19] is **GRANTED.** The discovery responses outlined above **shall be provided** by Gulf South to plaintiffs by **January 22, 2008.**

Signed this 9th day of January, 2008, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] U.L.L.R. 7.5W requires that written opposition to a motion be filed within fifteen (15) days after service of the motion.